**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SUET F. WONG,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*,<br><br>    Defendants. | 2:15-cv-01398-JCM-VCF<br><br>**<u>ORDER</u>** |

  Before the court is Plaintiff's request for mandatory judicial notice. (#3). Plaintiff's motion is prematurely filed as the Complaint (#1) and Summons have not been served on at least one defendant.

  Accordingly,

  IT IS HEREBY ORDERED that Plaintiff's request for mandatory judicial notice (#3) is DENIED with leave to refile after the Complaint and Summons have been served on one or more defendants.

  DATED this 30th day of July, 2015.

                    _____
                    CAM FERENBACH
                    UNITED STATES MAGISTRATE JUDGE